■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIRO S. CHAVEZ, Appellant. [11 NYS3d 494]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered March 10, 2014. The judgment convicted defendant, upon a jury verdict, of rape in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of two counts of rape in the third degree (Penal Law § 130.25 [2]). Although defendant did not waive the right to appeal and thus his challenge to the severity of the sentence is properly before us (*see generally People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]), we nevertheless conclude that the sentence is not unduly harsh or severe. Present—Scudder, P.J., Carni, Lindley, Valentino and Whalen, JJ.